Respondents, Appellants.— Motion for reargument granted, and case set down for Thursday, October 10, 1918. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

J. ALBERT GAUSMAN, Respondent, v. PAUL W. F. LINDNER, Appellant. — Motions denied, without costs. It appears that the order of affirmance does not contain the additional findings made by this court, and it should be amended. Present — Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ. (See 185 App. Div. 893.)

VILLAGE OF HEMPSTEAD, Respondent, v. PHILIP MAIER, Appellant.— Motion for reargument granted, and case set down for Thursday, October 10, 1918. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

HENRY STEERS SAND AND GRAVEL COMPANY, INC., Respondent, v. THE VILLAGE OF LONG BEACH and Others, Defendants; PHILIP SUGERMAN and Others, Copartners, etc., Appellants. CULLEN CONTRACTING COMPANY, INC., Respondent, v. THE VILLAGE OF LONG BEACH and Others, Defendants; PHILIP SUGERMAN and Others, Copartners, etc., Appellants.— Motions denied, without costs. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.; Thomas, J., not voting.

In the Matter of the Last Will and Testament of JOHN H. ENGLEBIRT, etc., Deceased. LOUIS R. WARREN, Appellant.— Motion granted, without costs, in so far as to direct that the decree of the surrogate be amended as follows: *First*, by amending the title so as to conform to the title of the petition here. *Second*, by reciting that the proceeding is instituted for the probate of the last will and testament of John H. Englebirt, deceased. *Third*, by decreeing that said will be admitted to probate; and in all other respects denied. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ. Order to be settled before Mr. Justice Jaycox.

In the Matter of Proving the Last Will and Testament of JOHN H. ENGLEBIRT, etc., Deceased. LOUIS R. WARREN, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

In the Matter of JOSEPH FRIED, an Attorney.— Matter referred to the Hon. Garret J. Garretson, official referee, to take testimony and report the same to the court, with his opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of HUGH F. KENNA, an Attorney.— Matter referred to the Hon. William D. Dickey, official referee, to take testimony and report the same to the court, with his opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of WILLIAM MEHL, an Attorney.— Application to revoke the order admitting respondent to the bar granted, and the order is accordingly annulled and vacated. The respondent's attempted explanation of the misstatements in his application are not satisfactory. The facts showing his other employment and which were suppressed in his affidavit show that he was not properly qualified to apply for admission to the bar. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Voluntary Judicial Settlement of the Account of Proceedings of CHARLES H. ENOS, as Administrator of J. ROLAND ENOS,